## PHELAN v. SMITH.

A State Court cannot enjoin the proceedings of a Federal Court.
One Court cannot restrain the proceedings of another Court of co-ordinate jurisdiction.

APPEAL from the District Court of the Twelfth Judicial District, County of San Francisco.

This was a bill in equity, filed in the Twelfth District Court, to restrain the proceedings of the Circuit Court of the United State, in the case of Peter Smith v. Thorn and others. The defendants demurred to the complaint ; the District Court sustained the demurrer, and the plaintiffs appealed.

*Charles McC. Delany* for Appellant.

*Gregory Yale* for Respondents.
No briefs on file.

BURNETT, J., delivered the opinion of the Court—TERRY, C. J., concurring.

The demurrer was properly sustained, for two reasons.

1. A State Court cannot enjoin the proceedings of a Federal Court. 1 Kent, 451.

2. A Court of co-ordinate jurisdiction cannot restrain the proceedings of another Court of the same jurisdiction. Ricketts and Wife *v.* Johnson and others, July, 1857.

Judgment affirmed.